COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Allstate County Mutual Insurance Company

Appellate case number:    01-14-00068-CV

Trial court case number:   12-DCV-198995

Trial court:                  240th District Court of Fort Bend County

On January 23, 2014, relator, Allstate County Mutual Insurance Company, filed a petition for a writ of mandamus and motion for temporary stay of discovery, requesting that the "Court temporarily stay all discovery in the underlying trial court proceedings related to Plaintiffs' bad faith and extra-contractual claims until this Court resolves Allstate's petition for writ of mandamus." Relator's motion for temporary stay is **granted**. Accordingly, we ORDER that all discovery in the underlying trial court proceedings related to the bad faith and extra-contractual claims asserted by the real parties in interest, Raymond Briers, Jr. and Stacy Briers, is **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Further, the Court requests that the real parties in interest respond to the petition for writ of mandamus. It is ordered that the response of any interested party shall be due within 14 days of the date of this order.

It is so ORDERED.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                       ☒ Acting individually     ☐ Acting for the Court


Date: January 23, 2014